18-C-0863
U.S. DISTRICT COURT
Eastern DISTRICT-WI
FILED
2018 JUN -6 P 2: 10
STEPHEN C. DRIES
CLERK

**UNITED STATES FEDERAL COURT**

STEVEN R. SCHMIDT
a/k/a STEVEN R. SCHMIDT SR.
6142 S. 27th Street
Milwaukee, WI 53221 Plaintiff

Vs

WATERSTONE BANK SSB f/k/a,
WAUWATOSA,SAVINGS,BANK
a domestic corporation,
11200 West Plank Court
Wauwatosa, WI 53226 Defendant

Case No.

**Plaintiff**

**Complaint**
**for 12 person Jury**

June 6 2018

A Disabled Person Discrimination case, Federal violations of equal Rights persons with disabilities act, fraudulent acts of WaterStone accounting errors.

---

## COMPLAINT

---

1) Plaintiff Steven R Schmidt is a citizen of the United States of America, is also a disabled person requiring $12,200.00 of IV Gamma Globulin therapy every 3 weeks since discovery in 1984 of Dental malpractice poisoning from 1968, and for 18+ years resides at 6142 S. 27th Street, Milwaukee, Wisconsin 53221

2) Wauwatosa Savings Bank f/k/a: WaterStone Bank SSB has many locations in Wisconsin, a WaterStone **in house** residential mortgage loan division is headquartered at 11200 West Plank Court, Wauwatosa, Wisconsin 53226 .

There are two separate divisions of WaterStone Bank Residential mortgage loans, There is an *in house* residential mortgage loan division who manages Plaintiff Steven R Schmidt' 2003 / 15 year $85,677.35 residential Mortgage loan that is not to be confused with the **Main** WaterStone Bank Residential Mortgage loan division, which is also part of WaterStone Bank, who does not control Plaintiff Steven R Schmidt' Residential Mortgage loan, my loan is not considered an FDIC, FHA, Fanny Mae, Freddie Mac or a conventional loan

**Plaintiff Steven R Schmidt Objects & Disputes owing Def. WaterStone Bank $85,000.00+ Balloon Payment on 06/06/2018 & requests a 12 Person Jury Trial for this disputed Predatory Disabled Discrimination Residential Mortgage Loan and may involve mortgage loan violations.**

3. This is a Disabled Person Discrimination case under Federal equal Rights persons with disabilities act, a discrimination predatory perpetual mortgage loan involving numerous Fraudulent accounting errors by WaterStone Bank in their favor showing multiple Patterns of Violations of Discrimination practices designed to foreclosure & burden the process of refinancing the mortgage loan or get a reverse mortgage.

    a) WaterStone Bank foreclosed in 2009 which Plaintiff SRS successfully proved to the Federal Court the 2007 loan payments were made to WaterStone Bank, at the time WaterStone Bank claimed they did not catch a missing 2007 payment that was reported as paid on all the 2008 loan statements until 2009 first foreclosure action. In 2009 WaterStone Bank started a foreclosure action, fraudulently saying a payment was missed in November of 2007 that they claimed was never paid, and they had not caught the mistake for over a year, WaterStone bank lost that case in Federal Court, and had to adjust my mortgage balance appropriately after I had to pay Attorneys $3000.00. Federal Bankruptcy adversary Case & also in a State case 2011AP00220.

Plaintiff SRS recently found fraud as: discovered a second 2016 $9800.00 payment which WaterStone Bank admits was paid and deducted from the Plaintiff SRS mortgage balance on 2016 Mortgage statements. Then **(two weeks later)** WaterStone Bank claims they discovered this payment to be in error so they added the $9800.00 back to my Mortgage loan, This is another of WaterStone Banks errors designed to defraud and eventually trigger a second foreclosure to Disabled Plaintiff Residential property at 6142 S 27th Street, Milwaukee, Wisconsin, 53221.

Two $9800.00 mortgage payments Plaintiff SRS paid to Def. WaterStone Bank in 2016, 1st was paid at 98th & greenfield location & 2nd at Oak Creek south 27th street, both payments from 2016 settlement, 12 year old Plaintiff SRS was raped by priest.

Recently I was told my loan is not considered an FDIC, FHA, Fanny Mae, Freddie Mac or a Conventional mortgage loan by a federal approved agency, and it doesn't qualify for other federal consumer protection mortgage loan assistance programs. WaterStone Bank claims this Federal approved residential mortgage assistance agency is a fraud setup and WaterStone Bank does not have to mediate my mortgage loan as my mortgage loan does not qualify, give no explanation why. That Federal approved mortgage assistance agency says something is wrong with my mortgage loan. WaterStone Bank won't talk to that federal approved assistance agency about my loan even though I gave my approval and permission.

4) WaterStone Bank recently sent a contract that is again a predatory perpetual mortgage loan extension of two years with high interest rate of 5%, a principle only loan that also has wording that gives WaterStone Bank a release of what I call liability for any of their errors and for discrimination. See EXHIBIT 1, 8 pages.

Plaintiff Steven R. Schmidt recently requested of WaterStone Bank a copy of the 2003 mortgage loan contract and all loan Statements. WaterStone Bank emailed a different customers documents. See exhibit 2a, 2B. Also told me in May of 2018 they will not discuss my loan until after June 6th of 2018, the date the $85,677.35 Balloon payment is due, this is causing me further stress as this could lead to foreclosure.

    b) In January of 2003 Disabled Plaintiff Steven R. Schmidt seen a sign in front of Wauwatosa Savings Bank now called WaterStone Bank, two blocks from the Plaintiff SRS' house that told of an offering of FDIC mortgage loan & Plaintiff applied for a residential 15 year mortgage loan in the amount of $112,000.00

    c) Wauwatosa Savings Bank set up a mortgage loan knowing Plaintiff SRS was Disabled since 1984 as was stated in the income, previously Plaintiff SRS paid for 4yrs a first residential mortgage with US Bank & also a Second residential Mortgage, totaling $112,000.00 that had a combined never late monthly payment of $1180.00 per month. This was before taxes & property insurance which Plaintiff SRS paid separately and never missed any payments since the purchase of the residence in 1999.

d) I recently found another WaterStone Bank fraud scheme of a missing 2016 payment that I had made to WaterStone bank, they applied $9800.00 to my mortgage and two weeks later reversed that payment on a different monthly statement. In 2016 I made two $9800.00 mortgage payments, the money from a settlement, Plaintiff SRS was raped by a priest when I was 12 years old.

.

WaterStone bank admits that there was 2 payments listed on their mortgage statements for my loan and also admits to removing one of the payments two weeks later after I paid it. WaterStone Bank saying claims they never got the second $9800.00 payment even though their statement shows it.

The evidence is on their own mortgage statements. This is more of the ongoing fraud scheme to foreclose on my house, they refuse to correct the record this is stressful ongoing agony that I don't need in my life.

With the settlement money, I bought new windows, doors, porches, roofing materials and The Wisconsin Department of Vocational Rehabilitation has contributed $3000.00 to landscape improvements to my property at 6142 S 27th Street, I am still in the process of improving my residential property which if WaterStone Bank forecloses I will lose my equity, assets & livelyhood.

e) WaterStone Bank sent me a two year continuance contract of their predatory discrimination perpetual mortgage loan see Exhibit 1. I want equal treatment. I am being treated differently due to my disability, whereby I get $12,200.00 worth of IV gamma globulin treatments every three weeks since 1984. My disabled abilities and intelligence varies during the month & WaterStone Bank is exploiting this situation is trying to take my house away from me.

Plaintiff Steven R. Schmidt recently applied for a mortgage loan modification with an out of state Federal approved agency, WaterStone bank personnel stated the company doing the modification is a fraudulent company and my mortgage loan does not qualify and they will not cooperate with them & then WaterStone bank informed Plaintiff SRS that they would not discuss my loan with me until after June 6, 2018, which is the date WaterStone determined balloon payment is due for $85,000.00. causing me suffering ongoing stress.

Page 4 of 5
Case 2:18-cv-00863-JPS     Filed 06/06/18     Page 4 of 5     Document 1

1. WaterStone bank created my mortgage to be a perpetual Mortgage Loan with
2. a balloon payment whereby I'm told after 15 years my loan should have been
3. paid off with the then normal interest rates given to other home owners with a
4. 15 year Residential mortgage with interest rates at that time. Plaintiff SRS is
5. Denied equal treatment subject to mistakes & stresses leading to foreclosure.
6. WaterStone Bank advertises to be a FDIC equal Opportunity Loan Provider

7. Wherefore: Plaintiff Steven R Schmidt asks Federal Court and Jury of 12 to
8. order a stay to any foreclosure actions by Waterstone Bank, order monthly
9. payments held till conclusion of this case & order mandatory compliance with
10. interrogatories producing requested documents. WaterStone Bank to produce
11. the 2003 Wauwartosa Savings Bank mortgage contract and all 15 year
12. mortgage loan statements submitted into evidence in this case including the
13. May of 2018 mortgage 2 year contract offer. The court and Jury to award the
14. Plaintiff Steven R Schmidt the mortgage loan 85,000.00 Balloon balance
15. dismissed in its entirety and the loan satisfied in full and order Defendant
16. WaterStone to pay all court costs, and $20,000.00 pain and suffering related
17. stress and any penalties or costs deemed appropriate paid to Plaintiff Steven
18. R Schmidt and allow Plaintiff to Amend this Complaint after successful
19. interrogatories and compliance with all produced documents are submitted to
20. the Federal Court and a request a time line setup by the Court for the actions.

21. Plaintiff Steven R Schmidt also requests a 12-person Jury trial in this case.

22.
23. Sincerely _____ Subscribed and sworn to me on June 6, 2018
24. Plaintiff Steven R. Schmidt    Notary Public Official _____
25. .6142 S 27th street    My commission Expires May 31, 2020
26. Milwaukee, WI 53221 414-282-0200

Milwaukee County
State of Wisconsin

